

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 20 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1631

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PUBLICATION PAPER ANTITRUST LITIGATION

Barbara Aceto, et al. v. International Paper Co., et al., D. Massachusetts, C.A. No. 1:05-11127

CONDITIONAL TRANSFER ORDER (CTO-3)

On November 12, 2004, the Panel transferred six civil actions to the United States District Court for the District of Connecticut for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the District of Connecticut. With the consent of that court, all such actions have been assigned to the Honorable Stefan R. Underhill.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Connecticut and assigned to Judge Underhill.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Connecticut for the reasons stated in the order of November 12, 2004, 346 F.Supp.2d 1370 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Stefan R. Underhill.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Connecticut. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 6 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION