# UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE PUBLICATION PAPER ANTITRUST LITIGATION | : | Docket No. 3:04 MD 1631 (SRU) |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | Docket Nos.   3:05CV01267 (SRU) |
| | : |               3:05CV01339 (SRU) |
| BARBARA ACETO; JOAN GUARINO; | : |               3:05CV01358 (SRU) |
| ADRIENNE NICOLE-SFFRIDGE; BETH | : |               3:05CV01381 (SRU) |
| MAHONEY; JORINE LOWRY; SHELLY | : | |
| SMITH; MARC BEITIA; CHRIS YOUNG; | : | |
| HEATHER BRITTAIN; ANN | : | |
| WEATHERSBEE; JONATHAN M. | : | |
| BENFIELD; BRIDGET ROBERTS; LUKE | : | |
| CAPAZZOLLI; STACEY HAYASHI; LAURA | : | |
| SAKALAUSKAS; ARLENE ANDREWS; | : | |
| RICHARD PRATT; LUCILE DIPIETRO; | : | |
| ALICE CAMPOS; AMY MANNING; | : | |
| SANDRA FARMER-JOVA; THOMAS | : | |
| MULDOON; TIMOTHY SPEARS; WILLIAM | : | |
| HAROLD LEE; WILLIAM FRIEDLANDER; | : | |
| HEATHER JENS; SUSAN MORRIS; and | : | |
| THERESE ARMBRUSTER on behalf of | : | |
| themselves and all others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL PAPER CO.; NORSKE | : | |
| SKOGINDUSTRIER ASA; NORSKE SKOG | : | |
| NORTH AMERICA LLC; NORSKE SKOG | : | |
| (USA), INC.; NORSKE SKOG CANADA | : | |
| LIMITED; NORSKE SKOG CANADA (USA), | : | |
| INC.; STORA ENSO OYJ; STORA ENSO | : | |
| NORTH AMERICA CORPORATION; SAPPI | : | |
| LIMITED; S.D. WARREN COMPANY; M- | : | |
| REAL CORPORATION; M-REAL USA | : | |
| CORP.; UPM-KYMMENE CORPORATION; | : | |
| UPM-KYMMENE, INC.; MYLLYKOSKI | : | |
| CORPORATION; MADISON | : | |
| INTERNATIONAL SALES COMPANY; and | : | |
| MEADWESTVACO CORP. | : | |
| | : | |
| Defendants. | : | |

### <u>NOTICE OF DISMISSAL OF INTERNATIONAL PAPER COMPANY</u>

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Barbara Aceto, Joan Guarino, Adrienne Nicole-Sffridge, Beth Mahoney, Jorine Lowry, Shelly Smith, Marc Beitia, Chris Young, Heather Brittain, Ann Weathersbee, Jonathan M. Benfield, Bridget Roberts, Luke Capazzolli, Stacey Hayashi, Laura Sakalauskas, Arlene Andrews, Richard Pratt, Lucile Dipietro, Alice Campos, Amy Manning, Sandra Farmer-Jova, Thomas Muldoon, Timothy Spears, William Harold Lee, William Friedlander, Heather Jens, Susan Morris, and Therese Armbruster hereby voluntarily dismiss defendant International Paper Company from the above-referenced actions without prejudice and with each party to bear its own costs.

Dated:  June 30, 2006

Respectfully Submitted,

Robert J. Bonsignore
Daniel D'Angelo
BONSIGNORE & BREWER
23 Forest Street
Medford, MA 02155
*Attorneys for Indirect Purchaser*
*Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2006, a copy of the foregoing Notice of Dismissal of International Paper Company was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

Robert J. Bonsignore